Fill in this information to identify the case:

Debtor 1: **Bronniez Brock Brunson**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: **Middle** District of **North Carolina**
(State)

Case number: **12-80941**

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** BSI Financial Services, servicing agent for US Bank Trust, NA, Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 1 3

**Property address:** 260 Van Born Drive
Number    Street

Lumberton    NC    28360
City    State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **11 / 01 / 2017**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. Total. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1  **Bronniez** **Brock** **Brunson**
         First Name   Middle Name   Last Name

Case number (if known) __12-80941__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _John W. Fletcher III/jg_    Date  10/10/2017
  Signature

Print  **John**        **W**           **Fletcher III**         Title  __Attorney for Creditor__
       First Name      Middle Name     Last Name

Company  Henderson, Nystrom, Fletcher & Tydings, PLLC

*If different from the notice address listed on the proof of claim to which this response applies:*

Address  831 East Morehead Street, Suite 255
         Number          Street

         Charlotte                       NC       28202
         City                            State    ZIP Code

Contact phone ( 704 ) 334 – 3400                Email  jgilleland@hnftlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRONNIEZ BROCK BRUNSON, ) | Case Number: 12-80941 |
| ) | Chapter 13 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned, as attorney of record for BSI Financial Services, servicing agent for US Bank Trust NA, does hereby certify that on this day, a copy of the attached Form 4100R, Response to Notice of Final Cure Payment was served on the following individuals by depositing the same, enclosed in a postage prepaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

| | |
|---|---|
| Bronniez Brock Brunson<br>260 Vanborn Drive<br>Lumberton, NC 28360 | Debtor |
| Brandi Leigh Richardson<br>Brandi L. Richardson, Attorney at Law<br>PO Box 840<br>Reidsville, NC 27323 | Attorney for Debtor |
| Richard M. Hutson<br>PO Box 3613<br>Durham, NC 27702 | Trustee |

This the 10th day of October, 2017.

HENDERSON, NYSTROM, FLETCHER & TYDINGS, PLLC
Attorneys for BSI Financial Services

/s/ John W. Fletcher III
State Bar Number: 15503
831 East Morehead Street, Suite 255
Charlotte, NC 28202
Telephone: (704) 334-3400
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com